AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Margaret Bishop, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:09-cv-1956-SVH |
| | ) | |
| v. | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that: (check one):
☐ the plaintiff (name)_____recover from the defendant (name)_____the amount of _____dollars ($_____), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of _____%, along with costs.
☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (name) _____recover costs from the plaintiff (name)_____
■ other: <u>The Commissioner's decision is affirmed.</u>

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by <u>the Honorable Shiva V. Hodges, United States Magistrate Judge.</u>

Date: <u>August 26, 2010</u>            CLERK OF COURT Larry W. Propes

                                                          S/ <u>Glenda J. Nance</u>_____
                                                                  Signature of Clerk or Deputy Clerk